IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

REYNALDO J. CASTILLO,

       Plaintiff,                    No. CIV S-09-341 KJM P

  vs.

SOLANO COUNTY JAIL, et al.,

       Defendants.            <u>ORDER</u>

                              /

           Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983 together with a request for leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. Plaintiff has filed a copy of his prison trust account statement for the six month period immediately preceding the filing of the complaint, but the copy is not certified. <u>See</u> 28 U.S.C. § 1915(a)(2). Plaintiff will be provided the opportunity to submit a certified copy of his prison trust account statement.

/////

/////

/////

/////

1

In accordance with the above, IT IS HEREBY ORDERED that plaintiff shall submit, within thirty days from the date of this order, a certified copy of his prison trust account statement for the six month period immediately preceding the filing of the complaint. Plaintiff's failure to comply with this order will result in a recommendation that this action be dismissed without prejudice.

DATED: April 10, 2009.

_____
U.S. MAGISTRATE JUDGE

4
cast0341.3c