IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

REYNALDO J. CASTILLO,

      Plaintiff,                         No. CIV S-09-0341 KJM P

      vs.

SOLANO COUNTY JAIL, et al.,

      Defendant.                  ORDER

_____/

        Plaintiff is a prisoner proceeding pro se with an action pursuant to 42 U.S.C. § 1983. The court is prepared to screen the original complaint pursuant to 28 U.S.C. § 1915A(a). However, plaintiff has filed an amended complaint that makes new allegations without incorporating or repeating the allegations of the original complaint. While it is well established that plaintiff has the right to file an amended complaint without leave of court at this stage, it is also well established that an amended complaint supersedes the original complaint. See Forsyth v. Humana, Inc., 114 F.3d 1467, 1474 (9th Cir. 1997). "All causes of action alleged in an original complaint which are not alleged in an amended complaint are waived." King v. Atiyeh, 814 F.2d 565, 567 (9th Cir. 1987).

        It is not clear from the pleadings whether plaintiff intended to supersede the original complaint, and thereby abandon the claims asserted in it, or whether plaintiff seeks to

1

1  add new claims to the original complaint and preserve the claims asserted in it.  Therefore, 2  plaintiff will be given thirty days to clarify the issue and either (1) file a new complaint 3  consolidating all the claims plaintiff wishes to pursue in a single pleading, or (2) apprise the 4  court of which one of the complaints already filed states the claims of his action in full.

5  Accordingly, IT IS HEREBY ORDERED that plaintiff has thirty days from the 6  date of this order in which to (1) file a new complaint consolidating all the claims that plaintiff 7  wishes to pursue in a single pleading, or (2) apprise the court of which one of the complaints 8  already filed states the claims of his action in full.

9  DATED: July 30, 2009.

_____
U.S. MAGISTRATE JUDGE

4
cast0341.ord