IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

REYNALDO J. CASTILLO,

        Plaintiff,                    No. CIV S-09-341 KJM P

    vs.

SOLANO COUNTY JAIL, et al.,

        Defendants.            <u>ORDER</u>

                                 /

        Plaintiff is a state prisoner proceeding pro se. Plaintiff seeks relief pursuant to 42 U.S.C. § 1983 and has requested leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. This proceeding was referred to this court by Local Rule 72-302 pursuant to 28 U.S.C. § 636(b)(1).

        Plaintiff has submitted a declaration that makes the showing required by 28 U.S.C. § 1915(a). Accordingly, the request to proceed in forma pauperis will be granted.

        Plaintiff is required to pay the statutory filing fee of $350.00 for this action. 28 U.S.C. §§ 1914(a), 1915(b)(1). An initial partial filing fee of $21.33 will be assessed by this order. 28 U.S.C. § 1915(b)(1). By separate order, the court will direct the appropriate agency to collect the initial partial filing fee from plaintiff's trust account and forward it to the Clerk of the Court. Thereafter, plaintiff will be obligated for monthly payments of twenty percent of the

1

preceding month's income credited to plaintiff's prison trust account.  These payments will be forwarded by the appropriate agency to the Clerk of the Court each time the amount in plaintiff's account exceeds $10.00, until the filing fee is paid in full.  28 U.S.C. § 1915(b)(2).

The complaint states a cognizable claim for relief pursuant to 42 U.S.C. § 1983 and 28 U.S.C. § 1915A(b).  If the allegations of the complaint are proven, plaintiff has a reasonable opportunity to prevail on the merits of this action.  The complaint states the following cognizable causes of action: (1) for use of excessive force against defendant Senesackda; (2) for unconstitutional conditions of confinement and violation of plaintiff's right to due process against defendants Dolan, Cameron, Cullison and Pereda; and (3) for deliberate indifference to a serious medical need against defendants Kadevri, Pilaczynski and Coradero.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for leave to proceed in forma pauperis (docket no. 10) is granted.

2. Plaintiff is obligated to pay the statutory filing fee of $350.00 for this action. The fee shall be collected and paid in accordance with this court's order to the Director of the California Department of Corrections and Rehabilitation filed concurrently herewith.

3. Service is appropriate for the following defendants: Senesackda, Dolan, Cameron, Cullison, Pereda, Kadevri,[1] Pilaczynski and Coradero.

4. The Clerk of the Court shall send plaintiff eight USM-285 forms, one summons, an instruction sheet and a copy of the complaint filed September 29, 2009.

5. Within thirty days from the date of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit the following documents to the court:

    a. The completed Notice of Submission of Documents;

    b. One completed summons;

---

[1] Defendant Kadevri is listed on the court's docket as "Kadevri Ravindar."  However, plaintiff refers to this defendant throughout his amended complaint as "Ravinder Kadevri."

1            c.  One completed USM-285 form for each defendant listed in number 3

2            above; and

3            d.  Nine copies of the endorsed complaint filed September 29, 2009.

4      6.  Plaintiff need not attempt service on defendants and need not request waiver of service.  Upon receipt of the above-described documents, the court will direct the United States Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

DATED: October 20, 2009.

_____
U.S. MAGISTRATE JUDGE

4
cast0341.1new

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

REYNALDO J. CASTILLO,

      Plaintiff,                                 No. CIV S-09-341 KJM P

     vs.

SOLANO COUNTY JAIL, et al.,          <u>NOTICE OF SUBMISSION</u>

      Defendants.                          <u>OF DOCUMENTS</u>

_____/

      Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

      _____     completed summons form

      _____     completed USM-285 forms

      _____     copies of the _____
                                    Complaint/Amended Complaint

DATED:

                                                                    _____

                                                                    Plaintiff