IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

REYNALDO J. CASTILLO,

    Plaintiff,                                    No. CIV S-09-0341 MCE CKD P

    vs.

SOLANO COUNTY JAIL, et al.,

    Defendants.                               <u>ORDER</u>

_____/

        Plaintiff, a California prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On February 7, 2012, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty-one days. Neither party has filed objections to the findings and recommendations.

        The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

/////

1. The findings and recommendations filed February 7, 2012 (ECF No. 48), are ADOPTED in full;

2. The motion for summary judgment filed by defendants Senesackda, Dolan, Cameron, Cullison and Pereda on September 28, 2010 is GRANTED with respect to all of plaintiff's claims against defendants Dolan, Cameron and Cullison and plaintiff's claim for declaratory relief;

3. Defendants Dolan, Cameron and Cullison are DISMISSED;

4. Plaintiff is ordered to file his pretrial statement with respect to his remaining due process claims against defendants Coradero, Kadevri and Pilaczynski not later than thirty (30) days following the date this Order is electronically filed; and

5. Defendants Coradero, Kadevri and Pilaczynski shall file their pretrial statements not later than twenty-one (21) days following the date they are served with Plaintiff's pretrial statement.

Dated:  March 28, 2012

MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE